UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SALYER, an individual; and<br>SHERRI SALYER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC., a corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | No.  1:15-cv-00656-DAD-JLT<br><br><u>ORDER DISMISSING ACTION AND CLOSING CASE</u><br><br>(Doc. No. 19) |

On March 14, 2016, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees.  (Doc. No. 19.)  In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **March 14, 2016**                                    _____
                                                                                       UNITED STATES DISTRICT JUDGE

1